IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **RACHEL LOUVIERE SANDERSON**, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:23–cv–00051 |
| v. | § | |
| | § | |
| **RESOURCE AND CRISIS CENTER** | § | |
| **OF GALVESTON COUNTY**, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all parties that the above-captioned action is voluntarily dismissed with prejudice, and with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED TO ON NOVEMBER 20, 2023 BY:**

*/s/ Todd Slobin*                                                  */s/ Pamela Linberg* (w/permission)

Todd Slobin                                                        Pamela Linberg

Todd Slobin
State Bar #24002953
Fed ID: 22701
Mark Lazarz
State Bar #12069100
Fed ID: 12105
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046

Pamela Linberg
State Bar #00793299
Fed ID: 23981
Haley Kurisky
State Bar #24125798
Fed ID: 3709694
JACKSON LEWIS P.C.
717 Texas Avenue, Suite 1700
Houston, Texas 77002

**COUNSEL FOR PLAINTIFF**                         **COUNSEL FOR DEFENDANT**